# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| OLGA AKSENOVA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | 2:17-cv-01050-APG-VCF<br>**ORDER** |

  Before the Court is Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 12).

  Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed. Here, it would seem that Defendants have consented to the granting of the instant motion.

  Accordingly,

  IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 12) is GRANTED. The First Amended Complaint and Jury Demand (ECF No. 12-1) must be filed on or before July 14, 2017.

  DATED this 6th day of July, 2017.

                    _____
                    CAM FERENBACH
                    UNITED STATES MAGISTRATE JUDGE