MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
mkravitz@ksjattorneys.com
kzeppenfeld@ksjattorneys.com
*Attorneys for Defendant,*
*NEVADA PROPERTY 1, LLC, d/b/a*
*THE COSMOPOLITAN OF LAS VEGAS*
*and NICHOLAS SCHIERMEYER*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OLGA AKSENOVA<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NEVADA PROPERTY 1, LLC, a foreign Limited Liability Company, d/b/a The Cosmopolitan of Las Vegas; Nicholas Schiermeyer, Jonathan Smith and Shane Koboski, and DOES III-XX,<br><br>Defendants. | Case No.: 2:17-cv-01050-APG-VCF<br><br><br>**ORDER** |

**STIPULATION AND ORDER FOR DISMISSAL OF NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS AND NICHOLAS SCHIERMEYER WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, OLGA AKSENOVA, by and through her attorneys, NERSESIAN & SANKIEWICZ, and Defendants, NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS and NICHOLAS SCHIERMEYER, by and through their attorneys of record, the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that Case No. 2:17-cv-01050-APG-VCF, is hereby dismissed with prejudice as to only NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS and NICHOLAS SCHIERMEYER, and that the parties agree to bear their own attorneys' fees and costs.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

DATED this ___3rd___ day of January, 2018.

NERSESIAN & SANKIEWICZ

_____
Robert A. Nersesian, Esq.
528 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Olga Aksenova*

DATED this ___3rd___ day of January, 2018.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

_____
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
*Attorneys for Defendant,*
*NEVADA PROPERTY 1, LLC, d/b/a*
*THE COSMOPOLITAN OF LAS VEGAS*
*and NICHOLAS SCHIERMEYER*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## O R D E R

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, Case No. 2:17-cv-01050-APG-VCF is hereby dismissed with prejudice as to only NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS and NICHOLAS SCHIERMEYER.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties are responsible for their own attorneys' fees and costs.

DATED this __5__ day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

_____
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
*Attorneys for Defendant,*
*NEVADA PROPERTY 1, LLC, d/b/a*
*THE COSMOPOLITAN OF LAS VEGAS*
*and NICHOLAS SCHIERMEYER*