**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department, Jonathan Smith and Shane Koboski

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLGA AKSENOVA,<br><br>          Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NEVADA PROPERTY 1, LLC, a foreign Limited Liability Company, d/b/a The Cosmopolitan of Las Vegas; Nicholas Schiermeyer, Jonathan Smith and Shane Koboski, and Does III-XX,<br><br>          Defendants. | Case Number:<br>2:17-cv-01050-APG-VCF<br><br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff Olga Aksenova ("Plaintiff"), by and through her attorneys of record, Nersesian & Sankiewicz, and Defendants Las Vegas Metropolitan Police Department, Jonathan Smith and Shane Koboski ("LVMPD Defendants"), by and through its attorneys of record, Marquis Aurbach Coffing, hereby stipulate and agree as follows:

       1.     That the above-entitled case is hereby dismissed with prejudice as to all parties;

       2.     There is no trial date currently set in this matter; and,

/ / /

/ / /

/ / /

/ / /

MAC:14687-036 3178229_1

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    3.    Each party will bear its own attorney fees and costs.

2    DATED this 31st day of January, 2018.    DATED this 31st day of January, 2018.

3    NERSESIAN & SANKIEWICZ    MARQUIS AURBACH COFFING

4

5    By: /s/ Robert A. Nersesian    By:   /s/ Craig R. Anderson
         Robert A. Nersesian, Esq.    Craig R. Anderson, Esq.

6        Nevada Bar No. 2762    Nevada Bar No. 6882
         Thea Marie Sankiewicz, Esq.    10001 Park Run Drive

7        Nevada Bar No. 2788    Las Vegas, Nevada 89145
         528 S. Eighth Street    Attorneys for Defendants Las Vegas

8        Las Vegas, Nevada 89101    Metropolitan Police Department,
         Attorneys for Plaintiff Olga Aksenova    Jonathan Smith and Shane Koboski

9

10

11        IT IS SO ORDERED this 1st day of February, 2018.

12

13    _____
                                   UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Page 2 of 2

MAC:14687-036 3178229_1